895

**No. P67/182.**—Baumrin Bros. *v.* United States, protest 66/53637 (New York).

Rao, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consist of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P67/183.**—Seedman International Corp. *v.* United States, protest 66/5196 (New York).

Rao, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C. D. 2639), the claim of the plaintiff was sustained.

**No. P67/184.**—William Shaland Corp. et al. *v.* United States, protests 66/9687, etc. (New York).

**No. P67/185.**—William Shaland Corp. et al. *v.* United States, protests 66/21670, etc. (New York).

Rao, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P67/186.**—Novik & Co., Inc. *v.* United States, protest 65/3984 (New York).

Watson, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bridal head-dresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.